**No. 39154.**—Protests 926410–G, etc., of Keuffel & Esser Co. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.

**No. 39155.**—Protests 943855–G, etc., of John Bromley & Son, Inc., et al. (Philadelphia).

Opinion by KINCHELOE, J. On the authority of *United States* v. *Field* (25. C. C. P. A. 308, T. D. 49422) and *Anniston* v. *Davis* (301 U. S. 377) the protests were dismissed.

**No. 39156.**—Protests 917299–G, etc., of De Grauw Aymar & Co. et al. (New York).

Opinion by KINCHELOE, J. On the records presented the protests were overruled.

**No. 39157.**—Protests 937555–G, etc., of American Merchandise Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. On the records presented the protests were overruled.

BEFORE THE SECOND DIVISION, AUGUST 5, 1938

**No. 39158.**—Protests 129622–G, etc., of Henry Kayser & Fils (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) merchandise in chief value of cellulose filaments the same as those passed upon in Abstract 37230 at 60 percent. under paragraph 31; (2) embroidered laces and net trimmings at 75 percent under paragraph 1430, *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) and Abstract 12555 followed; (3) embroidered veils at 75 percent under paragraph 1430, *Pustet* v. *United States*, *supra*, followed; and (4) hats in chief value of silk at. 60 percent under paragraph 1210; and (5) hats and hoods in chief value of cellulose-filaments at 60 percent under paragraph 31, *Amberg* v. *United States* (T. D. 46204). followed.

**No. 39159.**—Protests 64915–G, etc., of Lord & Taylor et al. (New York).

Opinion by Tilson, J. From the record certain items were held dutiable at 60' percent under paragraph 31 as articles in chief value of compounds of cellulose,. *Amberg* v. *United States* (T. D. 46204) and Abstract 37230 followed.. Embroidered: articles were held dutiable at 75 percent under paragraph 1430..